STATE OF CONNECTICUT *v.* ROBERT SMITH

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 393 (AC 21427), is denied.

*Arnold V. Amore*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 12, 2002

LINDA OBERLANDER *v.* JAMES F. SULLIVAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 741 (AC 21619), is denied.

*Ronald D. Williams, Jr.*, in support of the petition.

*Margaret J. Slez*, in opposition.

Decided September 12, 2002